UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY A. JONES, | ) | 1:08-cv-01464-AWI-JMD-HC |
| | ) | |
| Petitioner, | ) | ORDER REQUIRING RESPONDENT TO |
| | ) | SUBMIT ADDITIONAL MATERIALS |
| v. | ) | PURSUANT TO RULE 5 OF THE RULES |
| | ) | GOVERNING SECTION 2254 CASES |
| B. CURRY, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | RESPONSE DUE WITHIN TWENTY DAYS |

Petitioner Gregory A. Jones ("Petitioner") is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court ordered Respondent to file a response to the petition on November 5, 2008. (Doc. 14). Respondent filed an answer to the petition on January 5, 2009. (Doc. 20). Petitioner challenges the California Board of Parole Hearing's ("BPH") decision to deny Petitioner parole in 2006.

Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts provides in part:

> (c) Contents: transcripts. The answer must also indicate what transcripts (of pretrial, trial, sentencing, or post-conviction proceedings) are available, when they can be furnished, and what proceedings have been recorded but not transcribed. The respondent must attach to the answer parts of the transcript that the respondent considers relevant. The judge may order that the respondent furnish other parts of existing transcripts or that parts of untranscribed recordings be transcribed and furnished. If a transcript cannot be obtained, the respondent may submit a narrative summary of the evidence.
>
> (d) Contents: briefs on appeal and opinions. The respondent must also file with the answer a copy of:

   (1) any brief that the petitioner submitted in an appellate court contesting the conviction or sentence, or contesting an adverse judgment or order in a post-conviction proceeding;

   (2) any brief that the prosecution submitted in an appellate court relating to the conviction or sentence; and

   (3) the opinions and dispositive orders of the appellate court relating to the conviction or the sentence.

Although Respondent's answer is accompanied by over one-thousand pages of exhibits, Respondent failed to file a transcript of Petitioner's 2006 hearing before the BPH. Respondent also failed to file copies of the state court decisions adjudicating Petitioner's claims on direct and collateral review.

Accordingly, Respondent is HEREBY ORDERED to file:

1) a complete copy of the transcript of Petitioner's 2006 parole hearing;

2) the California Court of Appeal's decision denying Petitioner's direct appeal of his conviction; and

3) the Superior Court's order denying Petitioner's state habeas petition; or

4) To the extent that the Superior Court's minute order regarding Petitioner's state habeas petition is the only written decision issued by the Superior Court, Respondent shall submit an affidavit to that effect.

IT IS SO ORDERED.

**Dated:   August 17, 2009**              **/s/ John M. Dixon**
                            UNITED STATES MAGISTRATE JUDGE